*United States District Court*
*Western District of Kentucky*
*Office of the Clerk*
*501 Broadway, Room 127*
*Paducah, Kentucky 42001*
*(270) 415-6400*
*www.kywd.uscourts.gov*

*May 30, 2018*

### NOTICE

Varina Falkner-Doss                                                                                                                *Plaintiff*

v.                                                                                                  Trigg Circuit Case No. 18-CI-00095

M.B.T. Transport, Inc., et al.                                                                                            *Defendant*

    Notice is hereby given that the above-styled civil action has been removed from the Trigg Circuit Court and filed in the Western District of Kentucky at Paducah as of May 30, 2018. This action has been assigned to the Honorable Senior Judge Thomas B. Russell, case number 5:18-cv-83-TBR.

    Please refer to this case number on all future filings.

 

                                                      Sincerely,
                                                      Vanessa L. Armstrong, Clerk

                                                      By:      /s/ Melody Morris
                                                              Deputy Clerk

cc:      Counsel of Record
            Trigg Circuit Court