## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION
## CIVIL ACTION NO. 5:18-CV-83-TBR

| | |
|---|---|
| **VARINA FALKNER-DOSS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| **M.B.T. TRANSPORT, INC.** | ) |
| **AND PAUL WARZOCHA** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## NOTICE OF SERVICE

Comes the Plaintiff, Varina Falkner-Doss, by and through counsel, Scott A. Wallitsch of Morgan & Morgan, and notifies the court that Interrogatories and Request for Production of Documents were propounded to the Defendants, Paul Warzocha & M.B.T. Transport, Inc. and served on all counsel of record on the 5th day of November, 2018.

        Respectfully submitted,

        /s/ Scott A. Wallitsch
        Scott A Wallitsch, Esq.
        MORGAN & MORGAN
        420 W. Liberty St., Ste. 260
        Louisville, Kentucky 40202
        Tele:   (502) 912-5932
        Fax:    (502) 912-6482
        Email: swallitsch@forthepeople.com
        *Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that on the 6th day of November, 2018, the foregoing has been filed through the Court's ECF system and notice has been electronically served on all ECF participants.

               /s/ Scott A. Wallitsch
               *Attorney for Plaintiff*