## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **VARINA FALKNER-DOSS,** )<br>**Plaintiff** )<br>**v.** )<br> )<br> ) **Civil Action No.: 5:18-cv-00083-TBR**<br>**M.B.T. TRANSPORT, INC.** )<br>**AND** )<br>**PAUL WARZOCHA,** )<br>**Defendants** ) | |

## CERTIFICATE OF SERVICE

\*\*\*     \*\*\*     \*\*\*     \*\*\*

Comes the Plaintiff, Varina Falkner-Doss, by and through counsel, and hereby serves her Answers to Interrogatories and Requests for Production of Documents that were propounded by the Defendants, M.B.T. Transport, Inc. and Paul Warzocha and were served electronically to all parties of this action, on this 6th day of May, 2019.

Respectfully Submitted,

/s/ Scott A. Wallitsch_____
Scott A Wallitsch, Esq.
MORGAN & MORGAN
420 W. Liberty Street, Suite 260
Louisville, Kentucky 40202
Office: (502) 912-5932
Fax:     (502) 912-6482
swallitsch@forthepeople.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing was filed and served electronically on this 6th day of May, 2019 to:

Harlan E. Judd, III
JUDD, SATTERFIELD &
ASSOCIATES, PLLC
869 Broadway Ave.
P.O. Box 51093
Bowling Green, Kentucky 42104
Telephone: (270) 904-4141
Telefax: (888) 590-2842
*Counsel for Defendants, M.B.T. Transport
& Paul Warzocha*

                                        */s/ Scott A. Wallitsch*_____
                                        *Counsel for Plaintiff*