# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION
#### (Electronically Filed)

| | |
|---|---|
| VARINA FALKNER-DOSS,         ) | |
|       **Plaintiff**   ) | |
| v.          ) | |
|          ) | |
|          ) | **Civil Action No.: 5:18-cv-00083-TBR** |
| M.B.T. TRANSPORT, INC.   ) | |
| AND         ) | |
| PAUL WARZOCHA,     ) | |
|      **Defendants**  ) | |

## AGREED AMENDED SCHEDULING ORDER

This matter having come before the Court upon the agreement of the parties, as is evidence by respective counsels' signatures being affixed hereto below, and the Court noting that the Agreed Amended Scheduling Order is jointly agreed, and the Court being otherwise thoroughly and sufficiently advised;

It is hereby ordered that the following deadlines shall be observed in this action:

(1)     Not used.

(2)     No later than **October 13, 2019** the parties shall file all motions to amend pleadings.

(3)     Identify experts in compliance with Fed.R.Civ.P.26(a)(2):

By Plaintiff(s):      **November 30, 2019**
By Defendant(s):    **January 13, 2020**

(4)     No later than **September 29, 2019** the parties shall complete all discovery. No later than **February 13, 2020** the parties shall complete expert discovery. **Pursuant to 28 U.S.C. § 636(B)(1)(a) this matter is referred to Magistrate Judge Lanny King for ruling on all discovery motion.** No discovery motion may be filed without having a joint telephonic conference with the Judge arranged through his office (270-415-6470).

(5)     **Telephonic status conferences** currently set are REMANDED and will be reset by the Court.

(6)     No later than **March 14, 2020** counsel for the parties shall file all dispositive motions and any motions objecting to the admissibility of expert witness testimony under Fed.R.Evid. 702 and *Daubert v. Merrell Dow Pharmaceutical, Inc., 509 U.S. 579 (1993), Kumbo Tire Co. v. Carmichael, 526 U.S. 137 (1999).*

The party filing the last pleading in response to such motions shall notify the Court by email to his case manager Kelly_P_Harris@kywd .uscourts.gov, with copies to opposing counsel, that the motions are ripe for decision.

(7)     The action scheduled for a **telephonic final pretrial conference on _____ at __:____ Central Time.** The conference will be held telephonically, with the Court placing the call to counsel. Attorneys who will be trying the case shall be available with full settlement authority.

(8)     **At least 28 days before the pretrial conference counsel shall:**

a) Fully comply with Fed.R.Civ.Proc.26(a)(3)(A) as it applies to witnesses and exhibit list production.
b) Produce to opposing counsel, all exhibits and charts, marked for identification, which will be used at trial.
c) Any objection to witnesses or exhibits must be filed within 7 days.
d) File all motions in limine. Any response to a motion in limine must be filed within 7 days.
e) File a particular brief containing a succinct statement of the facts of the case, the questions of facts and questions of law with citations.
f) Submit agreed proposed jury instructions. If the parties cannont agree, counsel shall submit proposed jury instructions. If the parties cannon agree, counsel shall submit proposed instructions with supporting authority.
g) Submit proposed jury voir dire questions. **The Court shall conduct voir dire.**
h) Designate portions of depositions to be used at trial.  Opposing counsel shall have 7 days thereafter to make additional designations.

In the absence of good cause shown, no witness shall be permitted to testify, and no exhibit or testimony shall be admitted into evidence, except upon compliance with the conditions of this order.

Any exhibit or chart so submitted and marked for filing at trial shall be admitted into evidence if otherwise probative, unless written objections are filed, as set forth in this order.

(9)     At the commencement of trial, counsel shall furnish to the official court reporter a list of pre-marked exhibits intended for use at the trial.

IT IS SO ORDERED,  this ____ day of _____, 2019.

_____
HON. JUDGE LANY KING
UNITED STATES MAGISTRATE JUDGE


HAVE SEEN AND AGREEED:

*s/Scott A. Wallitsch (with permission)*
Scott A. Wallitsch, Esq.
MORGAN & MORGAN
420 West Liberty Street, Suite 260
Louisville, KY 40202-3048
*Counsel for Plaintiff*

*s/Harlan E. Judd, III*
Harlan E. Judd, IIII
Judd, Satterfield & Associates, PLLC
869 Broadway Avenue
Bowling Green, Kentucky 42101
*Counsel for the Defendants*



Copies to:      Counsel of Record
                Magistrate Judge Lanny King
                Case Manager