## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION
### (Electronically Filed)

| | |
|---|---|
| **VARINA FALKNER-DOSS,** )<br>     **Plaintiff** )<br>**v.** )<br>  )<br>  ) <br>**M.B.T. TRANSPORT, INC.** )<br>**AND** )<br>**PAUL WARZOCHA,** )<br>     **Defendants** )<br>_____) | Civil Action No.: 5:18-cv-00083-TBR |

### NOTICE OF CANCELLATION OF DEPOSITION SUBPOENA DUCES TECUM

Notice is hereby given that the deposition duces tecum of the Medical Records Custodian and/or Kelly, TA (Pharmacy Manager) of Walmart Pharmacy, scheduled to take place on August 22nd, 2019, beginning at the hour of 2:00 P.M. E.S.T., has been **CANCELLED** as the subpoenaed records were provided.

This the 21st day of August, 2019.

                                            JUDD, SATTERFIELD & ASSOCIATES, PLLC
                                            869 Broadway Avenue
                                            P.O. Box 51093
                                            Bowling Green, Kentucky 42101
                                            Telephone: (270) 904-4141

                                            */s/Harlan Judd*_____
                                            Harlan E. Judd, III
                                            *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing has been served upon the following by U.S. Mail, on this the 21st day of August, 2019:

***VIA EMAIL ONLY:***

Walmart Legal Department
Attn: Danni Joslin and Melissa Wilson
702 SW 8th Street
Mail Slot: 0215
Bentonville, Arkansas 72716
*Danni.joslin@walmartlegal.com*
*Melanie.Wilson@walmart.com*

Scott A. Wallitsch, Esq.
MORGAN & MORGAN
420 West Liberty Street, Suite 260
Louisville, KY 40202-3048
*Counsel for Plaintiff*

                                                    */s/Harlan Judd*
                                                  Harlan E. Judd, III