**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**(Electronically Filed)**

| | |
|---|---|
| **VARINA FALKNER-DOSS,**<br>　　　　　**Plaintiff**<br>**v.**<br><br><br>**M.B.T. TRANSPORT, INC.**<br>**AND**<br>**PAUL WARZOCHA,**<br>　　　　　**Defendants** | )<br>)<br>)<br>)<br>)　Civil Action No.: 5:18-cv-00083-TBR<br>)<br>)<br>)<br>)<br>) |

## AGREED SECOND AMENDED SCHEDULING ORDER

This matter having come before the Court upon the agreement of the parties, as is evidence by respective counsels' signatures being affixed hereto below, and the Court noting that the Agreed Second Amended Scheduling Order is jointly agreed, and the Court being otherwise thoroughly and sufficiently advised;

It is hereby ordered that the following deadlines shall be observed in this action:

(1)　Previously set deadlines are vacated. The telephonic conference set on 2/13/20, the final pretrial set on 5/29/20, and the jury trial set on 6/15/20 are vacated.

(2)　No later than **January 11, 2020,** the parties shall file all motions to amend pleadings.

(3)　Identify experts in compliance with Fed.R.Civ.P.26(a)(2):

　　By Plaintiff(s):　　**February 28, 2020**
　　By Defendant(s):　**April 12, 2020**

(4)　No later than **January 15, 2020** the parties shall complete all discovery. No later than **May 18, 2020** the parties shall complete expert discovery. **Pursuant to 28 U.S.C. § 636(B)(1)(a) this matter is referred to Magistrate Judge Lanny King for ruling on all discovery motion.** No discovery motion may be filed without having a joint telephonic conference with the Judge arranged through his office (270-415-6470).

(5) A **Telephonic status conference** is set on May 15, 2020, at 9:00 a.m. Central. The Court will place the call to counsel.

(6) No later than **June 12, 2020** counsel for the parties shall file all dispositive motions and any motions objecting to the admissibility of expert witness testimony under Fed.R.Evid. 702 and *Daubert v. Merrell Dow Pharmaceutical, Inc., 509 U.S. 579 (1993), Kumbo Tire Co. v. Carmichael, 526 U.S. 137 (1999).*

The party filing the last pleading in response to such motions shall notify the Court by email to his case manager Kelly_P_Harris@kywd .uscourts.gov, with copies to opposing counsel, that the motions are ripe for decision.

(7) The action scheduled for a **telephonic final pretrial conference on** 9/25/2020 at 9:00 Central Time. The conference will be held telephonically, with the Court placing the call to counsel. Attorneys who will be trying the case shall be available with full settlement authority.

(8) **At least 28 days before the pretrial conference counsel shall:**

   a) Fully comply with Fed.R.Civ.Proc.26(a)(3)(A) as it applies to witnesses and exhibit list production.
   b) Produce to opposing counsel, all exhibits and charts, marked for identification, which will be used at trial.
   c) Any objection to witnesses or exhibits must be filed within 7 days.
   d) File all motions in limine. Any response to a motion in limine must be filed within 7 days.
   e) File a particular brief containing a succinct statement of the facts of the case, the questions of facts and questions of law with citations.
   f) Submit agreed proposed jury instructions. If the parties cannot agree, counsel shall submit proposed jury instructions. If the parties cannon agree, counsel shall submit proposed instructions with supporting authority.
   g) Submit proposed jury voir dire questions. **The Court shall conduct voir dire.**
   h) Designate portions of depositions to be used at trial. Opposing counsel shall have 7 days thereafter to make additional designations.

In the absence of good cause shown, no witness shall be permitted to testify, and no exhibit or testimony shall be admitted into evidence, except upon compliance with the conditions of this order.

Any exhibit or chart so submitted and marked for filing at trial shall be admitted into evidence if otherwise probative, unless written objections are filed, as set forth in this order.

(9) At the commencement of trial, counsel shall furnish to the official court reporter a list of pre-marked exhibits intended for use at the trial.

(10) The action is assigned for trial by jury on the 13th day of October, 2020 at 9:00 a.m. Counsel shall appear in chambers at 8:30 a.m.

IT IS SO ORDERED

October 28, 2019

*Thomas B. Russell*

**Thomas B. Russell, Senior Judge**
**United States District Court**