# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# CASE NO. 5:18-CV-83-TBR

VARINA FALKNER-DOSS                                                                                         PLAINTIFF

V.

M.B.T. TRANSPORT
PAUL WARZOCHA                                                                  DEFENDANTS

## ORDER OF REFERRAL FOR SETTLEMENT

**IT IS ORDERED** that pursuant to Title 28, United States Code, Section 636(b)(l)(A), this matter is referred to United States Magistrate Judge Lanny King, for a **settlement conference.**

cc:     Counsel
          Magistrate Judge Lanny King
          Case Manager