UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:18-CV-83-TBR

VARINA FALKNER-DOSS                                             PLAINTIFF

V.

M.B.T. TRANSPORT, INC.
and
PAUL WARZOCHA                                                   DEFENDANTS

**O R D E R**

A telephonic conference was held on May 14, 2020.

Appearances:
For the plaintiff:     Scott A. Wallitsch
For the defendant:     Harlan E. Judd, III

**IT IS ORDERED.**

Due to the settlement conference currently set with Magistrate Judge Lanny King, the final pretrial conference set on September 25, 2020 and the jury trial set on October 13, 2020 are **VACATED/CANCELLED.** Pretrial filing deadlines are vacated.

A **telephonic status/scheduling conference** to schedule a trial date is set on **July 23, 2020 at 9:00 a.m. Central Time** with the undersigned. The Court shall place the call.

If the case should settle, the Court will cancel the telephonic conference.

cc:   Counsel

P | 05

**Thomas B. Russell, Senior Judge**
United States District Court

May 23, 2020