UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
(Electronically Filed)

| | |
|---|---|
| VARINA FALKNER-DOSS, | ) |
|     Plaintiff | ) |
| v. | ) |
| | ) Civil Action No.: 5:18-cv-00083-TBR |
| M.B.T. TRANSPORT, INC. | ) |
| AND | ) |
| PAUL WARZOCHA, | ) |
|     Defendants | ) |

## OFFER OF JUDGMENT FOR PLAINTIFF, VARINA FALKNER-DOSS

Comes now the Defendants, M.B.T. Transport, Inc., and Paul Warzocha , by counsel, and pursuant to Rule 68 hereby jointly tender their offer of judgment to Plaintiff, Varina Falkner-Doss, as follows:

The Defendants, M.B.T. Transport, Inc., and Paul Warzocha, hereby offer to the Plaintiff, Varina Falkner-Doss, the right to allow judgment to be taken against them for the sum of Seventy-five Thousand Dollars ($75,000.00). Said offer of judgment is made pursuant to Civ. Rule 68, and *Pennyrile Citizens Bank & Trust Company v. Scent,* Ky. App. 676 S.W.2d 798 (1984).

This the 24th day of July, 2020.

                                             JUDD, SATTERFIELD & ASSOICAIATES, PLLC
                                             869 Broadway Ave.
                                             P.O. Box 51093
                                             Bowling Green, Kentucky 42104
                                             Telephone: (270) 904-4141
                                             Telefax: (888) 590-2842

                                             */S/ Harlan Judd*_____
                                             Harlan E. Judd, III
                                             *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

  This is to certify that a true and exact copy of the foregoing was electronically forwarded and placed in the U.S. Certified Mail, postage prepaid, on the 24th day of July, 2020, to the following:

Scott A. Wallitsch, Esq.
MORGAN & MORGAN
420 West Liberty Street, Suite 260
Louisville, KY 40202-3048
*Counsel for Plaintiff*

             */S/ Harlan Judd*_____
             Harlan E. Judd, III